**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-04425

IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: April 06, 2011



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jason Soria Medrano and Christina Gomez-Medrano<br>      Debtors.<br>_____<br>Wachovia Mortgage Corporation<br>      Movant,<br>   vs.<br>Jason Soria Medrano and Christina Gomez-Medrano, Debtors, Roger W. Brown, Trustee.<br>      Respondents. | No. 2:11-bk-03080-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #11) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 14, 2007 and recorded in the office of the Maricopa County Recorder wherein Wachovia Mortgage Corporation is the current beneficiary and Jason Soria Medrano and Christina Gomez-Medrano have an interest in, further described as:

> Lot 109, Canyon Trails Unit 3 Parcels B/C, according to Book 687 of maps, Page 39 and Affidavit of Correction recorded September 8, 2005 in Document No. 2005-1316435, records of Maricopa County, Arizona.

WITH THE APPURTENANCES THERETO.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.